UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-793 |
| v. | : | |
| MANUEL GONZALEZ | : | O R D E R |

This matter having come before the Court by way of letter dated May 13, 2011, regarding the defendant's request for the production of electronic monitoring records from United States Pretrial Services;

and electronic monitoring having been imposed as a condition of pretrial release and are intended to ensure the defendant's compliance with his conditions of release;

and the defendant seeking the information for use in a state criminal case;

and it appearing that the defendant already has information from the Pretrial Services that shows it "received an unauthorized leave at 11:53 a.m." and hence has information that can be used in an effort to address the times in the police report, which states that the events underlying the state case occurred between 11:44 and 11:55 a.m.;

and thus, there is nothing before the Court to show that there is additional information that is needed;

and the Court therefore denying the request for "electronic monitoring records";

IT IS THEREFORE ON THIS 16th day of May, 2011

ORDERED that the defendant's request for electronic monitoring records is denied; and

IT IS FURTHER ORDERED that nothing herein prevents the defense counsel from inquiring of Pretrial Services about the meaning of the words "received an authorized leave."

                                                 s/Patty Shwartz
                                                 UNITED STATES MAGISTRATE JUDGE